STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	415.436.7700
Facsimile:	415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Oscar Daniels

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case Number: 14cr558-WHA |
| Plaintiff, | |
| v. | **Joint Stipulation to Vacate Progress Report Hearing and [~~Proposed~~] Order** |
| **Oscar Daniels,** | |
| Defendant. | |

In April 2015, Defendant Oscar Daniels was committed to the custody of the Bureau of Prisons for a sentence 12 months and one day for a violation of 18 U.S.C. § 751(a)—Escape. When he was sentenced in March 2015, the matter was set for a progress report hearing on March 1, 2016.

In January 2016—after he failed to report to his Probation Officer—Mr. Daniels had a summons issued for his arrest by Judge Hamilton in Oakland in case number 08cr910-PJH. Mr. Daniels made one court appearance and failed to appear for subsequent proceedings. His whereabouts are currently unknown and a warrant remains outstanding for his arrest.

Accordingly, all the parties in this matter—including probation—have met and conferred and

Stipulation and [~~Proposed~~] Order to Vacate Hearing
14cr558-WHA                                    1

request that the progress report hearing be vacated and reset once Mr. Daniels is in the custody of the U.S. Marshals.

Dated: February 29, 2016              /s/ Candis Mitchell
                                      CANDIS MITCHELL
                                      Attorney for Defendant Daniels

Dated: February 29, 2016              /s/ Claudia A. Quiroz
                                      CLAUDIA A. QUIROZ
                                      Assistant United States Attorney

## [~~Proposed~~] Order

For the reasons stated, the Court vacates the pending March 1, 2016, progress report hearing in case number 14cr558-WHA.

IT IS SO ORDERED

Dated: March 1, 2016.

                                      _____
                                      **Honorable William H. Alsup**
                                      United States District Judge

Stipulation and [~~Proposed~~] Order to Vacate Hearing
14cr558-WHA                                    2